UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMON ZAVALA-ZAZUETA, et al.,<br><br>　　　　　Defendants. | CASE NO. CR15-259 MJP<br><br>ORDER CONTINUING TRIAL DATE AND SETTING CASE SCHEDULE |

The Court issues this order after holding a status conference with all Parties on September 3, 2015.  The Court makes the following findings of fact and conclusions of law:

　　1.　　There are twenty-one defendants in this case involving an alleged drug trafficking and money laundering conspiracy.

　　2.　　The Government has informed the Court that there is a large amount of electronic discovery in this case, and that production is ongoing.

　　3.　　Ten defendants require the use of a translator, adding to the time necessary to prepare for trial.

       4.       Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(I).

       5.       Taking into account the exercise of due diligence, a continuance is necessary to allow the Defendants the reasonable time for effective preparation their defenses. See 18 U.S.C. § 3161(h)(7)(B)(iv).

       6.       The Court finds that the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from September 28, 2015, to March 14, 2016 at 9:00 a.m. The resulting period of delay from September 28, 2015, up to and including the new trial date of March 14, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). The Court requests Defendants execute Speedy Trial Act waivers covering this period and through the first week of April 2016. The pretrial conference is scheduled for February 12, 2016 at 1:30 p.m. The deadline to file wire tap suppression motions is extended to January 8, 2016; the deadline for all other pretrial motions is extended to January 29, 2016.

**Case Management Procedures**

The trial date of March 14, 2016 is a firm trial date. The joint evidence viewing date is October 27, 2015, or the Parties may make arrangements for joint viewing on a different day within the same week. Additional discovery conferences can be individually set with the Government. Discovery should be turned over by October 31, 2015. Russell M. Aoki has been appointed as Coordinating Discovery Attorney. (Dkt. No. 258.) Written plea offers should be


made to each defendant by November 30, 2015. Preliminary disclosures before trial should be made five weeks prior to trial, except for Jencks and Henthorn material, which should be disclosed one week prior to the pretrial conference. If the defense does not receive lab reports at least five weeks before trial, the defense should alert the Court and request an order to show cause. All transcripts should be sent to the defense within seven days of the Government's receipt of those transcripts. The defense may petition the Court for an immigration expert should one be required. The Court sets a status conference for January 21, 2016 at 1:30 p.m.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 16th day of September, 2015.

Marsha J. Pechman
Chief United States District Judge