UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BRIAN MICHIAL CHRISTENSEN,<br><br>               Defendant. | CASE NO. 2:15-cr-00259-LK-16<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING |

      This matter comes before the Court on Defendant Brian Christensen's Unopposed Motion to Continue the Disposition Hearing related to his supervised release violations. Dkt. No. 1031.

      On July 18, 2023, Mr. Christensen was arrested on allegations of violating the conditions of his supervised release. Dkt. No. 1017. The next day, the Court held a detention hearing during which he admitted to the alleged violations and was placed on bond with special conditions; notably, to reside and satisfactorily participate in a residential reentry center program. Dkt. Nos. 1020–21. On August 4, 2023, the Court continued the final hearing on the revocation of his supervised release to September 20, 2023, to afford Mr. Christensen additional time to adjust to outpatient treatment in light of his participation in an inpatient program. Dkt. No. 1025 at 2.

Following the September 20, 2023 hearing, the Court continued the final disposition hearing to November 13, 2023 to allow for further monitoring of Mr. Christensen's performance on supervision. Dkt. No. 1030.

However, Mr. Christensen now seeks to continue the disposition hearing to December 4, 2023, to permit further testing of a urinalysis sample which reportedly came back positive for fentanyl. Dkt. No. 1031 at 1–2. Mr. Christensen denies using fentanyl and requests a brief continuance to receive and review the results from the national lab. *Id.*

The Court finds that granting the continuance will still allow the disposition hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). And Mr. Christensen has shown good cause for a continuance to allow the parties to gather more information before the Court decides the matter. Therefore, the Court GRANTS the unopposed motion, Dkt. No. 1031, and continues the disposition hearing to December 4, 2023 at 10:00 a.m.

Dated this 10th day of November, 2023.

Lauren King
United States District Judge