UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN MICHIAL CHRISTENSEN,<br><br>　　　　　　　Defendant. | CASE NO. 2:15-cr-00259-LK-16<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING |

This matter comes before the Court on Defendant Brian Christensen's unopposed motion to continue the disposition hearing related to his supervised release violations by at least 30 days. Dkt. No. 1035 at 2–3.

On November 10, 2023, the Court granted Mr. Christensen's unopposed motion to continue this hearing from November 13, 2023 to December 4, 2023, to permit further testing of a urinalysis sample which came back positive for fentanyl. Dkt. No. 1032 at 2. On November 27, 2023, Mr. Christensen's counsel learned that his "positive test was confirmed by the national lab," and his counsel thereafter "requested the underlying testing and reports." Dkt. No. 1035 at 2; *see also* LCrR 32.1(b)(2)(A). Mr. Christensen denies using fentanyl and now seeks to continue the

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING - 1

disposition hearing so he can receive and review the underlying test result information from the national lab. Dkt. No. 1035 at 2. He asserts that this information is needed to "determine whether Mr. Christensen's positive test result could be explained by secondary exposure to fentanyl." *Id.*

The Court finds that granting the continuance will still allow the disposition hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). And Mr. Christensen has shown good cause for a continuance to allow the parties to gather more information before the Court decides the matter. Therefore, the Court GRANTS the unopposed motion, Dkt. No. 1035, and continues the disposition hearing to January 18, 2024 at 10:00 a.m,

Dated this 30th day of November, 2023.

*Lauren King*

Lauren King
United States District Judge