UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-00259-LK-16 |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING |
| v. | |
| BRIAN MICHIAL CHRISTENSEN, | |
| Defendant. | |

This matter comes before the Court on Defendant Brian Christensen's unopposed motion to continue the disposition hearing related to his supervised release violations. Dkt. No. 1066.

On March 13, 2026, Mr. Christensen appeared before Magistrate Judge McCandlis and admitted outstanding violations of his supervised release. *Id.* at 1. A disposition hearing was scheduled for April 23, 2026. Dkt. No. 1164.

In the present motion, Mr. Christensen represents that he "is engaged in outpatient substance abuse treatment, and is set to begin mental health treatment on April 13, 2026," and that he "also has been participating in a union training program in hopes of finding permanent work through his union." Dkt. No. 1066 at 1. "Given that Mr. Christensen's time in the community

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING - 1

following his inpatient program has been relatively short, the parties believe that additional time to monitor his adjustment to the community prior to disposition is appropriate." *Id.* at 1–2.

The Court finds that granting the continuance will still allow the disposition hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). And Mr. Christensen has shown good cause for a continuance to allow the parties to gather more information before the Court decides the matter. Therefore, the Court GRANTS the unopposed motion, Dkt. No. 1066, and continues the disposition hearing to June 4, 2026 at 10:00 a.m.

Dated this 13th day of April, 2026.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING - 2